USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
M. R., *individually, and on behalf of her child* D. R., *a minor*,

      Plaintiffs,

   -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendant.
------------------------------------------------------------------X

**ORDER**

20-CV-4989 (PGG) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

  On January 4, 2021, the Court extended defendant's deadline to respond to the complaint in light of the parties' ongoing settlement negotiations. Dkt. No. 20. To date, the parties have not reported a settlement, but defendant has filed an answer to the complaint. Dkt. No. 21. The parties are directed to submit a status report by **March 2, 2021** informing the Court whether the parties have reached a settlement.

  **SO ORDERED.**

Date: February 23, 2021
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge